# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAL KENNEDY, SR., <br>       Petitioner, <br><br> v. <br><br> MS MASON, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, <br>       Respondent. | CIVIL ACTION <br><br> NO. 20-3512 |

## O R D E R

**AND NOW**, this 11th day of January, 2021, upon consideration of *pro se* Defendant Chal Kennedy, Sr.'s Emergency Motion for Bond (ECF 8), and the Government's response thereto (ECF 19), **IT IS HEREBY ORDERED** that the motion is **DENIED WITHOUT PREJUDICE.**

                                                                                          **BY THE COURT:**

                                                                                      */s/ Wendy Beetlestone*
                                                                                      **WENDY BEETLESTONE, J.**